Samuel Jonathan WATSON *v.* STATE of Arkansas

655 S.W.2d 458

Supreme Court of Arkansas
Opinion delivered July 18, 1983

*Mathis & Childers,* by: *Travis Mathis,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Asst. Atty. Gen., for appellee.

PER CURIAM. Samuel Jonathan Watson's motion for a belated appeal is granted because the trial court found that

his attorney below, Wayne R. Williams, had failed to perfect his appeal as required. A copy of this per curiam is forwarded to the Committee on Professional Ethics in accordance with the practice we have heretofore established.